UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-23242-BLOOM/Otazo-Reyes

TERRY WILLIAMS,

    Plaintiff,

v.

TIMOTHY MOSLEY a/k/a TIMBALAND,

    Defendant.

_____/

**ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS*** 

**THIS CAUSE** is before the Court upon Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs, ECF No. [4] ("Motion"). The Motion represents that Plaintiff earns no wages, has no savings or money in any checking account or other bank account, and only receives disability or worker's compensation payments in the amount of $780.00 per month, which covers rent and utilities.

Upon review of the record, the Court determines that Plaintiff is unable to pay the court filing fee, as required for indigent status under 28 U.S.C. § 1915. "When a court grants a litigant leave to proceed IFP, the officers of the court must 'issue and serve all process.'" *Richardson v. Johnson*, 598 F.3d 734, 738 (11th Cir. 2010); Fed. R. Civ. P. 4(c)(3) ("At the plaintiff's request, the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court. The court must so order if the plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. §1915[.]"). Plaintiff filed the necessary proposed summons. *See* ECF No. [1-2].

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [4]**, is

Case No. 20-cv-24711-BLOOM/Otazo-Reyes

**GRANTED**. The Clerk of Court is **DIRECTED** to transmit a copy of this Order to the Office of the United States Marshal, which shall undertake to **SERVE** the Complaint and the summons on Defendant.

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 23, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Terry Williams
105 Persimmon Pl.
Bear, DE 19701