July 14, 2025
Terry Williams
Pro se Plaintiff
Delaware

The Honorable Judge Beth Bloom
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Chambers 10-2
Miami, Florida 33128



RE: 21:cv:23242 BB- Williams v Mosley-
Status Report

Dear Honorable Judge Beth Bloom,

This Status Report is being written pursuant to the Court's Order dated December 30, 2021. (ECF 19). As of the date of this letter the claims in the District of Pennsylvania still have not been fully resolved against Melissa Elliott aka Missy Elliott as to the issue of whether or not Elliott and I jointly own the songs in my collection (18:cv:05418 ( My Lead Case) consolidated w/ 21:cv:02290 (Elliott's Case). This Court issued a Stay of Proceedings pending resolution of my claims against Elliott.

Since I last wrote to you, Elliott's Request for Alternative Resolution was Denied, a Settlement Conference was unsuccessful and Jury Trial documents were Submitted last month.

There is currently a Pending Motion for Default and Dismissal Discovery and Rule 11 Sanctions against Elliott as well as several Motions in Limine Pending between the Parties.

To date, Trial is still scheduled for August 25, 2025.

Please continue to Stay the case pending final resolution.

Humbly and Respectfully Submitted,
Terry Williams

Cc: To Defendant Mosley's attorney listed on file via regular mail

```
TERRY WILLIAMS                               LTR            1 OF 1
98 FREEDOM TRAIL
NEW CASTLE DE 19720


SHIP TO:
    CLERK OF COURT
    THE HONORABLE JUDE BETH BLOOM
    CHAMBERS 10-2
    400 NORTH MIAMI AVENUE
    WILKIE FERGUSON JR. US COURTHOUSE
    MIAMI FL 33128


                          FL 330 6-03


UPS 2ND DAY AIR A.M.                          2A
TRACKING #: 1Z Z27 NT1 07 0178 1821


BILLING: P/P

XOL 25.06.28      NV45 29.0A 07/2025*
```

REC'D BY_____D.C.

JUL 17 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

FOLD HERE

# View/Print Label

1. **Print the label:** Select Print from the File menu in this browser window to print the label below.

2. **Fold the printed label at the dotted line.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**

   **Customers with a Daily Pickup**
   - Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   - Take this package to any location of The UPS Store¿½, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot¿½ or Staples¿½) or Authorized Shipping Outlet near you or visit www.ups.com/content/us/en/index.jsx and select Drop Off.
   - Air shipments (including Worldwide Express and Expedited) can be picked up or dropped off. To schedule a pickup, or to find a drop-off location, select the Pickup or Drop-off icon from the UPS tool bar.